**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00141-CV

**AMBER ETTA BUMPUS, Appellant**

**V.**

**BRENT WADE FITZGERALD, Appellee**

**On Appeal from the 196th District Court
Hunt County, Texas
Trial Court Cause No. 773788**

## ORDER

The Court has before it appellant's June 20, 2013 motion to accelerate this appeal. The

Court **DENIES** the motion.

/s/     ELIZABETH LANG-MIERS
            JUSTICE